**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankr. No. 20-70248-JAD |
| LJF, INC., | Chapter 11 |
| Debtor. | Related Doc. Nos.: 68 & 91 |
| LJF, INC. & KF HOLDINGS, LP, | Doc. # 303 |
| Movants, | |
| v. | |
| NO RESPONDENTS. | |

FILED
12/16/21 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## STIPULATION AND CONSENT ORDER
## REGARDING INCREASED DIP POSTPETITION FINANCING

AND NOW COME KF Holdings, LP ("**KF Holdings**"), by and through its undersigned counsel, and LJF, Inc. (the "**Debtor**"), by and through its undersigned counsel, and hereby file this *Stipulation and Consent Order Regarding Increased DIP Postpetition Financing* (the "**Stipulation**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §1334; the Court finding that due notice and such opportunity for a hearing as is appropriate under the circumstances has occurred and that no further notice to any party in interest is required; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation and good and sufficient cause appearing therefor:

It is hereby **STIPULATED**, **AGREED**, and **ORDERED** as follows:

1. The Debtor has shown need for additional postpetition funding in the amount of $100,000.00 now and $100,000.00 upon confirmation of a plan of reorganization[1]

---

[1] Such plan of reorganization must be a plan of reorganization approved by KF Holdings.

(collectively, the "**Additional Funds**"). KF Holdings has agreed to provide such Additional Funds funding to the Debtor on the same terms provided in the previous postpetition financing agreement. *See* Doc. Nos. 68 & 91.

2. If the Debtor does not receive the Additional Funds immediately, the Debtor will be unable to make necessary payments and the failure to make these payments may result in the Debtor's inability to successfully reorganize.

3. The Debtor has agreed to comply with a proposed budget approved by KF Holdings, attached hereto as **Exhibit A** (the "**Budget for Additional Funds**"), in exchange for KF Holdings providing the Additional Funds.

CONSENTED AND AGREED TO:

| | |
|---|---|
| LJF Trucking, Inc. | KF Holdings, LP |
| By: /s/ Leo Frailey | By: /s/ Kirk B. Burkley |
| Leo Frailey* | Kirk B. Burkley |
| President of the Debtor | PA I.D. 89511 |
| | 601 Grant Street |
| | Floor 9 |
| *Original Signature attached hereto | Pittsburgh, PA 15219 |
| | (Tel) 412-456-8100 |
| | (Fax) 412-456-8135 |
| | kburkley@bernsteinlaw.com |

SO ORDERED,

Dated: December 16, 2021

_____ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

| LJF, Inc. Forecast<br>Week Ending | Actual<br>10/8/21 | Actual<br>10/15/21 | Actual<br>10/22/21 | Actual<br>10/29/21 | Actual<br>11/5/21 | Actual<br>11/12/21 | 1<br>11/19/21 | 2<br>11/26/21 | 3<br>12/3/21 | 4<br>12/10/21 | 5<br>12/17/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| RES | $ - | $ 69,638 | $ - | $ 69,874 | $ - | $ - | $ 56,934 | $ - | $ 75,547 | $ - | $ 75,829 |
| Roaring Run | 64,870 | 63,391 | 73,990 | 69,309 | 67,217 | 63,690 | 55,268 | 73,781 | 77,549 | 79,067 | 76,724 |
| Other | - | 2,155 | - | 225 | 2,183 | 409 | - | - | - | - | - |
| Miscellaneous Revenue | - | - | 312 | 500 | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 |
| Total Revenue | $ 64,870 | $ 135,184 | $ 74,302 | $ 139,907 | $ 69,400 | $ 64,099 | $ 112,201 | $ 74,781 | $ 154,096 | $ 80,067 | $ 153,553 |
| | | | | | | | | | | | |
| **Operating Expense** | | | | | | | | | | | |
| Employee Benefits | - | - | - | 3,638 | - | - | - | - | 5,490 | - | - |
| Fuel | 24,531 | 22,441 | 23,571 | 26,790 | 26,056 | 11,333 | 46,488 | 28,403 | 27,000 | 28,500 | 28,250 |
| Insurance | 226 | 71,949 | 1,049 | - | 226 | - | 43,659 | 13,400 | 1,049 | 42,381 | 1,237 |
| Licenses, Permits, Tolls, Etc. | 9,000 | 308 | 10,042 | 16,422 | 9,000 | - | - | 9,000 | 9,000 | - | 8,750 |
| Payroll Expense | 30,430 | 35,034 | 32,512 | 36,716 | 33,767 | 35,593 | 35,687 | 37,049 | 31,760 | 30,750 | 30,500 |
| Professional Fees | - | - | - | - | - | - | 1,050 | - | - | - | - |
| Rent | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 |
| Repairs and Maintenance | 25,729 | 17,870 | 6,767 | 28,636 | 11,607 | 11,892 | 13,037 | 8,275 | 8,275 | 9,500 | 9,500 |
| Utilities | - | 135 | - | 340 | - | - | - | 340 | - | - | 900 |
| Other | 1,934 | 963 | - | 427 | 36 | 311 | 1,050 | 2,500 | 1,500 | 1,500 | 1,750 |
| Total Operrating Expenses | $ 92,551 | $ 149,400 | $ 74,641 | $ 113,668 | $ 81,393 | $ 59,829 | $ 141,671 | $ 99,667 | $ 84,774 | $ 113,331 | $ 81,587 |
| | | | | | | | | | | | |
| **Operating Income** | $ (27,681) | $ (14,215) | $ (339) | $ 26,240 | $ (11,993) | $ 4,270 | $ (29,470) | $ (24,886) | $ 69,322 | $ (33,264) | $ 71,966 |
| | | | | | | | | | | | |
| **Other Income/(Expense)** | | | | | | | | | | | |
| Employee Retention Credits | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Expense | (1,960) | (2,419) | (2,961) | (2,510) | (2,305) | (2,342) | (2,350) | (2,200) | (2,300) | (2,420) | (2,300) |
| Total Other Income/(Expense) | $ (1,960) | $ (2,419) | $ (2,961) | $ (2,510) | $ (2,305) | $ (2,342) | $ (2,350) | $ (2,200) | $ (2,300) | $ (2,420) | $ (2,300) |
| | | | | | | | | | | | |
| **Net Income before Restructuring Costs** | $ (29,641) | $ (16,635) | $ (3,300) | $ 23,730 | $ (14,297) | $ 1,928 | $ (31,820) | $ (27,086) | $ 67,022 | $ (35,684) | $ 69,666 |
| | | | | | | | | | | | |
| **Restructuring Fees** | | | | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | (11,473) | - | - | - |
| Legal Fees | - | - | - | - | - | - | - | - | - | - | (8,425) |
| Consultant Fees | - | - | - | - | - | - | - | - | - | - | (30,000) |
| Total Restructuring Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (11,473) | $ - | $ - | $ (38,425) |
| | | | | | | | | | | | |
| **Net Income** | $ (29,641) | $ (16,635) | $ (3,300) | $ 23,730 | $ (14,297) | $ 1,928 | $ (31,820) | $ (38,559) | $ 67,022 | $ (35,684) | $ 31,241 |
| | | | | | | | | | | | |
| **Secured Debt Draws/(Payments)** | | | | | | | | | | | |
| Payments | (10,153) | (14,752) | (7,076) | (5,690) | (4,063) | (9,190) | (7,076) | (28,148) | (872) | (5,000) | (15,908) |
| Draws | - | - | - | - | - | - | 50,000 | 50,000 | - | - | - |
| Total Secured Debt Draws/(Payments) | $ (10,153) | $ (14,752) | $ (7,076) | $ (5,690) | $ (4,063) | $ (9,190) | $ 42,924 | $ 21,852 | $ (872) | $ (5,000) | $ (15,908) |
| | | | | | | | | | | | |
| **Total Cash Flow** | $ (39,794) | $ (31,387) | $ (10,376) | $ 18,040 | $ (18,360) | $ (7,262) | $ 11,104 | $ (16,707) | $ 66,150 | $ (40,684) | $ 15,333 |
| | | | | | | | | | | | |
| **Cash Balance** | | | | | | $ 15,000 | $ 26,104 | $ 9,397 | $ 75,547 | $ 34,863 | $ 50,196 |

| LJF, Inc. Forecast<br>Week Ending | 6<br>12/24/21 | 7<br>12/31/21 | 8<br>1/7/22 | 9<br>1/14/22 | 10<br>1/21/22 | 11<br>1/28/22 | 12<br>2/4/22 | 13<br>2/11/22 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | | | |
| RES | $ - | $ 77,985 | $ - | $ - | $ 74,700 | $ - | $ 73,593 | $ - |
| Roaring Run | 76,724 | 68,945 | 75,982 | 79,576 | 78,012 | 78,576 | 78,754 | 77,667 |
| Other | - | - | - | - | - | - | - | - |
| Miscellaneaous Revenue | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Total Revenue | $ 77,724 | $ 147,930 | $ 76,982 | $ 80,576 | $ 153,712 | $ 79,576 | $ 153,347 | $ 78,667 |
| | | | | | | | | |
| **Operating Expense** | | | | | | | | |
| Employee Benefits | - | 5,132 | - | - | - | 5,132 | - | - |
| Fuel | 27,750 | 28,250 | 28,000 | 27,500 | 28,000 | 28,500 | 27,500 | 26,750 |
| Insurance | 13,400 | - | 42,381 | 1,350 | 13,400 | - | 42,398 | 12,000 |
| Licenses, Permits, Tolls, Etc. | 8,500 | - | 8,750 | - | 7,525 | 8,500 | - | 9,000 |
| Payroll Expense | 32,165 | 32,000 | 31,258 | 43,421 | 31,258 | 31,258 | 31,500 | 31,500 |
| Professional Fees | - | - | - | - | - | - | - | - |
| Rent | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 |
| Repairs and Maintenance | 9,525 | 9,875 | 8,750 | 8,700 | 8,425 | 7,975 | 7,000 | 6,523 |
| Utilities | - | - | 575 | - | 900 | - | 575 | - |
| Other | 2,000 | 2,500 | 2,250 | 2,500 | 2,550 | 2,500 | 2,550 | 2,550 |
| Total Operrating Expenses | $ 94,040 | $ 78,457 | $ 122,664 | $ 84,171 | $ 92,758 | $ 84,565 | $ 112,223 | $ 89,023 |
| | | | | | | | | |
| **Operating Income** | $ (16,316) | $ 69,473 | $ (45,682) | $ (3,595) | $ 60,954 | $ (4,989) | $ 41,124 | $ (10,356) |
| | | | | | | | | |
| **Other Income/(Expense)** | | | | | | | | |
| Employee Retention Credits | - | - | - | - | - | - | - | - |
| Factoring Expense | (2,200) | (2,150) | (2,050) | (2,147) | (2,147) | (2,147) | (2,147) | (2,330) |
| Total Other Income/(Expense) | $ (2,200) | $ (2,150) | $ (2,050) | $ (2,147) | $ (2,147) | $ (2,147) | $ (2,147) | $ (2,330) |
| | | | | | | | | |
| Net Income before Restructuring Costs | $ (18,516) | $ 67,323 | $ (47,732) | $ (5,742) | $ 58,806 | $ (7,136) | $ 38,977 | $ (12,686) |
| | | | | | | | | |
| **Restructuring Fees** | | | | | | | | |
| Trustee Fees | - | - | - | - | - | - | - | (11,000) |
| Legal Fees | - | - | - | (8,245) | - | - | - | (8,425) |
| Consultant Fees | - | - | - | - | - | - | - | - |
| Total Restructuring Fees | $ - | $ - | $ - | $ (8,245) | $ - | $ - | $ - | $ (19,425) |
| | | | | | | | | |
| **Net Income** | $ (18,516) | $ 67,323 | $ (47,732) | $ (13,987) | $ 58,806 | $ (7,136) | $ 38,977 | $ (32,111) |
| | | | | | | | | |
| **Secured Debt Draws/(Payments)** | | | | | | | | |
| Payments | (11,000) | (20,134) | (11,000) | (5,000) | (22,016) | (11,000) | (12,705) | (5,000) |
| Draws | - | - | 100,000 | - | - | - | - | - |
| Total Secured Debt Draws/(Payments) | $ (11,000) | $ (20,134) | $ 89,000 | $ (5,000) | $ (22,016) | $ (11,000) | $ (12,705) | $ (5,000) |
| | | | | | | | | |
| **Total Cash Flow** | $ (29,516) | $ 47,189 | $ 41,268 | $ (18,987) | $ 36,790 | $ (18,136) | $ 26,272 | $ (37,111) |
| | | | | | | | | |
| **Cash Balance** | $ 20,680 | $ 67,869 | $ 109,137 | $ 90,150 | $ 126,940 | $ 108,804 | $ 135,076 | $ 97,965 |

(collectively, the "**Additional Funds**"). KF Holdings has agreed to provide such Additional Funds funding to the Debtor on the same terms provided in the previous postpetition financing agreement. *See* Doc. Nos. 68 & 91.

2. If the Debtor does not receive the Additional Funds immediately, the Debtor will be unable to make necessary payments and the failure to make these payments may result in the Debtor's inability to successfully reorganize.

3. The Debtor has agreed to comply with a proposed budget approved by KF Holdings, attached hereto as **Exhibit A** (the "**Budget for Additional Funds**"), in exchange for KF Holdings providing the Additional Funds.

CONSENTED AND AGREED TO:

LJF Trucking, Inc.
By: /s/ *Leo Frailey*
Leo Frailey
President of the Debtor

KF Holdings, LP
By: /s/ Kirk B. Burkley
Kirk B. Burkley
PA I.D. 89511
601 Grant Street
Floor 9
Pittsburgh, PA 15219
(Tel) 412-456-8100
(Fax) 412-456-8135
kburkley@bernsteinlaw.com

SO ORDERED,

Dated: _____

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge